01/11/2017 Motion allowed in part and denied in part. In light of the parties' previous requests for continuances, the 01/12/17 hearing is continued generally, and the Court will reschedule the hearing upon the Movant%u2019s written request.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| MARC C. SPINELLA ) | CHAPTER 13 |
| ROBIN SPINELLA, ) | CASE NO. 13-10422-JNF |
|   Debtors ) | |
| ) | |

ASSENTED TO MOTION TO CONTINUE HEARING ON
MOTION FOR RELIEF FROM STAY

  Now comes Marc C. Spinella and Robin Spinella, the Debtors, in the above-entitled matter, and moves this Court to continue the hearing which is scheduled for Thursday, January 12, 2017, at 1:00 p.m. on the Motion for Relief from Stay filed by Federal National Mortgage Association for a period of thirty (30) days.

  As reasons therefore, Debtors' state that they continue to be under review for a loan modification agreement which will cure the issues raised in the Motion.

  Wherefore, the parties respectfully request that this Court allow this motion and continue the hearing.

                MARC SPINELLA
                ROBIN SPINELLA, DEBTORS
                BY THEIR ATTORNEY,

                /s/ Norman Novinsky
                Norman Novinsky, BBO #374760
                Novinsky & Associates
                1350 Belmont Street, Suite 105
                Brockton, MA 02301
                (508) 559-1616
                Email:  nnovinsky@msn.com

Dated:  January 10, 2017